

Phone (919) 645-1700  
Fax (919) 645-1750

**United States District Court**  
**Office of the Clerk**  
**PO Box 25670**  
**Raleigh, NC 27611**

Dennis P. Iavarone  
Clerk of Court

April 9, 2008

Jimmy Wakefield  
#16902-056  
USP Coleman #2  
P.O. Box 1034  
Coleman, FL 33521

RE: USA v. WAKEFIELD / 7:97-CR-63-H-2

Dear Mr. Wakefield,

In response to your letter dated April 1, 2008, this is to advise you that I have located a court reporter who is willing to prepare the transcripts you have requested relating to your case.

The arraignment which took place on March 27, 1998, lasted approximately one hour and the estimate for that transcript is $220.00. The sentencing on November 6, 1998, was approximately 25 minutes and the estimated cost for that transcript is $90.00. If you wish to order both transcripts, your total estimated cost is $310.00, which is based on the statutory rate of $3.65 per page. Please make your money order payable to Williams Reporting and mail it to 2202 N. Barker Street, Lumberton, NC, 28358. Upon receipt of payment, Ms. Williams will prepare the transcript(s) and mail them to you.

Please be advised that the amount quoted is an estimate only, and you will be billed for any additional amount before receiving the transcript(s). Likewise, any amount you pay in excess of the total actual cost will be refunded to you.

If you need further assistance with this matter, please do not hesitate to contact me.

                                              Sincerely yours,

                                              Dennis P. Iavarone, Clerk

                                              /s/ Rebecca Bowen
                                              Court Operations Specialist

cc: Williams Reporting