IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Criminal No. 7:97-cr-00063-M
Civil No. 7:23-cv-1052-M

JIMMY RAY WAKEFIELD, )
)
    Petitioner, )
)
v. ) ORDER
)
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

This matter comes before the court sua sponte. The order at DE 371 is VACATED.

SO ORDERED this 16th day of June, 2023.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE