IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:97-cr-63-M-2
Case No. 7:23-cv-1052-M

JIMMY RAY WAKEFIELD,

    Petitioner,

v.                                                     ORDER

UNITED STATES OF AMERICA,

    Respondent.

This matter comes before the court on Petitioner's motion to hold in abeyance the pending pro se § 2255 motion [DE 377]. For good cause shown, the motion is GRANTED. The pending pro se § 2255 motion [ECF 374] is held in abeyance pending a ruling on Petitioner's earlier-filed First Step Act motion [ECF 319].

Also before the court is the United States' motion to extend time to respond to Petitioner's pending pro se § 2255 Motion [DE 379]. In light of the court's decision to hold in abeyance Petitioner's § 2255 motion, the United States' motion is DENIED as MOOT.

SO ORDERED this 27th day of September, 2023.

                                                        RICHARD E. MYERS II
                                                        CHIEF UNITED STATES DISTRICT JUDGE