IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:97-cr-00063-M-2
Case No. 7:23-cv-01052-M

JIMMY RAY WAKEFIELD,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

ORDER

Petitioner moves to withdraw his pending motions to vacate his sentence pursuant to 28 U.S.C. § 2255. [DE 395]. For good cause shown, Petitioner's motion is GRANTED. *See* Fed. R. Civ. P. 41(a)(2); *see also* Rules Governing § 2255 Cases, Rule 12. Petitioner's motions at [DE 366] and [DE 374] are hereby DISMISSED WITHOUT PREJUDICE. Accordingly, the United States' Motion to Dismiss for Failure to State a Claim [DE 385] is DENIED AS MOOT.

SO ORDERED this 4th day of November, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE