IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:97-cr-00063-M-2

UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )
                               )
v.                             )          ORDER
                               )
JIMMY RAY WAKEFIELD,           )
                               )
        Defendant.             )

This matter comes before the court sua sponte.  On October 4, 2023, this court issued an order (DE 381) denying Defendant's motion for compassionate release (DE 319).  Defense counsel, James B. Craven III, filed a renewed motion on behalf of the Defendant on November 19, 2024 (DE 399).  Pursuant to 19-SO-3, Mr. Craven is reappointed as counsel for Defendant in this case *nunc pro tunc* October 7, 2023.

SO ORDERED this 29th day of June, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE